IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMUNITY REDEVELOPMENT AUTHORITY OF HASTINGS, NEBRASKA,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, TRUSTEE LLC, TOTONACA TRIBE OF MEXICO, JAMES JOHN JORISSEN, TOTONACA TRIBE OF MEXICO IRREVOCABLE TRUST, KATHLEEN BONNELL, TRUSTEE, MERRIL INVESTMENT GROUP, VANGUARD SERICES COMPANY, TRUSTEE, KOOS ENTERPRISES LLC, TREEHOUSE STUDIO LLC, LINDA KUBE, THOMAS STALNAKER, BANKRUPTCY TRUSTEE, KATHLEEN T. BONNELL, MARVIN E. HUGHES, and JOHN DOE,<br><br>                    Defendants. | 8:23CV31<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 8th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge