IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMUNITY REDEVELOPMENT AUTHORITY OF HASTINGS, NEBRASKA,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, TRUSTEE LLC, et al.,<br><br>        Defendants. | 8:23-CV-31<br><br>NOTICE |

The plaintiff and the United States have jointly moved for entry of a consent judgment. Filing 7. The remaining parties have until April 11, 2023 to submit any written objections to that motion, absent which the Court will enter a consent judgment consistent with the motion.

IT IS ORDERED:

1. The Clerk of the Court shall set a response deadline of April 11, 2023 for the plaintiff and United States' joint motion for entry of consent judgment (filing 7).

2. The Clerk of the Court shall send a copy of this order to all parties, at the addresses listed in the certificate of service for the government's declaration (filing 2).

Dated this 30th day of March, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge